# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

FILED'06 DEC 04 14:41 USDC-ORE

United States of America Plaintiff(s),

vs.

Matthew Alderman Defendant(s).

Case No: 6:06-cr-264

**APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE***

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice*:

1. **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

   **(A)   Personal Data:**

   (1) Name: Christopher M. Choate

   (2) Firm or Business Affiliation: McNabb Associates, P.C.

   (3) Mailing Address, City, State and Zip Code: 600 Travis Street, Suite 7010, Houston, TX 77002

   (4) Business E-mail Address: choate@mcnabbassociates.com

   (5) Business Telephone Number: (713) 237-0011

   (6) Fax Telephone Number: (713) 227-0223

   **(B)   Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

   (1) State Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number. Supreme Court of Texas; Good; Nov 2004; TX Bar No. 24045655

   (2) Federal Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.
   Southern District of Texas; good; August 4, 2006
   Eastern District of Texas; good; October 25, 2006
   5th Circuit Court of Appeals; good; November 3, 2006
   8th Circuit Court of Appeals; good; October 25, 2006

6000001850

    (C)    **Certification of Disciplinary Proceedings:**

        ✓    I certify that I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or administrative agency; or,

        ___    I certify that I am now, or have been subject, to disciplinary action from a state or federal bar association or administrative agency. (Attach a letter of explanation to this application.)

    (D)    **Certification of Professional Liability Insurance:** I have a professional liability insurance policy which is current and will apply in this case, and that policy will remain in effect during the course of these proceedings.

    (E)    **Representation Statement:** I am representing the following party(s) in this case: _Matthew Alderman_

    (F)    **CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* ecf.ord.uscourts.gov). I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and LR 100.2(c)

2.    **Certification of Associated Local Counsel:** I certify the information contained in this application is true, that I am member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3, and that I will serve as designated local counsel in this particular case.

**DATED this** ___15t___ **day of** ___December___, 200_6_.

_Requesting that this be waived_
(Signature of Local Counsel)
Typed Name and Oregon State Bar ID Number
Firm or Business Affiliation
Mailing Address, City, State & Zip Code
Business E-mail Address
Business Telephone Number

(Signature of Pro Hac Counsel)
Typed Name
Firm or Business Affiliation
Mailing Address, City, State & Zip Code
Business E-mail Address
Business Telephone Number

## COURT ACTION

__X__ Application approved subject to payment of fees
_____ Application approved and fee waived
_____ Application denied

12/4/06
Date

M. Hogan
United States District Judge

cc: Counsel of Record